# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

SUSAN BLUE,                                              JUDGMENT IN A CIVIL CASE

       Plaintiff,                                        Case No.: 09-cv-395-wmc

  v.

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS - LOCAL 159,

       Defendant.

---

This action came before the court and a jury with U. S. District Judge William M. Conley presiding. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiff against defendant in the amount of $206,396.76.

Approved as to form this __9th__ day of August, 2010.

_____
William M. Conley, District Judge

_____                              8/9/10
Peter Oppeneer, Clerk of Court                               Date