IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SUSAN BLUE,

    Plaintiff,

v.

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS - LOCAL 159,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-395-wmc

---

This action came before the court and a jury with District Judge William M. Conley presiding. The issues have been tried and the jury has rendered its verdict.

---

IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff attorney fees in the amount of $115,875.00 and costs in the amount of $6,232.00.

_____  
Peter Oppeneer, Clerk of Court

FEB 0 4 2011  
Date