IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SUSAN BLUE,

    Plaintiff,

v.

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS - LOCAL 159,

    Defendant.

AMENDED JUDGMENT

Case No. 09-cv-395-wmc

    This action came before the court and a jury with District Judge William M. Conley presiding. The issues have been tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff attorney fees in the amount of $121,387.50 and costs in the amount of $6,634.82.

By: _____, Deputy Clerk
Peter Oppeneer, Clerk of Court

6-24-11
Date