IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SUSAN BLUE,

    Plaintiff,

v.

International Brotherhood of Electrical
Workers - Local 159,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-395-wmc

    This action came before the court and a jury with District Judge William M. Conley presiding. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

that judgment is entered awarding plaintiff Susan Blue $51,150.00 in attorney's fees and $624.00 in costs plus post-judgment interest as calculated pursuant to 28 U.S.C. § 1961.

_____
Peter Oppeneer, Clerk of Court

6/18/12
Date